

FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN PATRICK SCULLY,<br><br>Defendant. | Case No. CR16-2041M<br><br>ORDER OF DETENTION |

I.

Defendant made his initial appearance on the complaint filed in this matter on October 28, 2016 and requested a continuance of the detention hearing. The Court conducted a detention hearing on October 31, 2016:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Lack of significant economic ties to the Central District of California.
- ☒ criminal history includes four probation violations, including a probation violation in 2013.
- ☒ Lack of significant bail resources. The Court rejects Defendant's girlfriend as a viable surety due to her use of aliases to rent the home that defendant was residing in and where the alleged criminal activity took place.
- ☒ Driver's license is currently suspended due to a failure to appear.

As to danger to the community:

- ☒ Allegations in present charging document which include the discovery of bleached bills and counterfeit currency during a probation compliance search of defendant's residence.
- ☒ Criminal History which includes four probation violations, including a probation violation in 2013.
- ☒ methamphetamine found during probation compliance search of defendant's residence

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2

1 | The defendant will be afforded reasonable opportunity for private consultation
2 | with counsel.  On order of a Court of the United States or on request of any
3 | attorney for the Government, the person in charge of the corrections facility in
4 | which defendant is confined will deliver the defendant to a United States Marshal
5 | for the purpose of an appearance in connection with a court proceeding.
6 | [18 U.S.C. § 3142(i)]

Dated: October 31, 2016              /s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE